UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHERMAN RAINES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05-CV-582-SNL |
| | ) |
| JAMES G. WOODWARD, CYNTHIA | ) |
| DAVIS, LORI MILLER-TAYLOR, | ) |
| JUDGE CHARLES A. SHAW, | ) |
| U. S. MARSHALL OFFICE, MARIA | ) |
| SANCHEZ and JOHN E. POTTER, | ) |
| | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that plaintiff's action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B), because the complaint is legally frivolous and malicious and fails to state a claim upon which relief may be granted.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Dated this   15th   day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE